UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| Jackie L. Richards, Jr.; and wife, ) | |
| Patsy J. Richards, ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No.: |
| vs. ) | |
| ) | 1:13cv303-HSO-RHW |
| ) | |
| The Estate of Kyle Morris Mallette; ) | |
| Southern AgCredit, formerly known as ) | |
| Land Bank South, FLCA, formerly ) | |
| known as Federal Land Bank ) | |
| Association of South MS, FLCA; Alton ) | |
| K. McRee, Trustee; the United States of ) | |
| America; and the State of Mississippi, ) | |
| ) | |
| Defendants ) | |

**Order Granting Agreed Motion to Remand to State Court**

  Before the Court is the Plaintiffs' and Defendants' Agreed Motion [14] to Remand in which the parties seek remand of this action to the Chancery Court of Jackson County, Mississippi, the court from which this action was removed. The Court finds that on July 22, 2013, this action was removed from the Chancery Court of Jackson County, Mississippi, to this Court by Defendant United States of America pursuant to 28 U.S.C. §§ 1442(a) and 1446(a). The Court further finds that on December 18, 2013, a telephonic case management conference was held with United States Magistrate Judge Robert H. Walker, at which time the Court was informed that all parties were desirous of remanding this action to the Chancery Court of Jackson County, Mississippi. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiffs' and Defendants' Agreed Motion [14] to Remand is **GRANTED**.   This action is remanded to the Chancery Court of Jackson County, Mississippi.   The Clerk of Court shall immediately mail a certified copy of this Order to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED AND ADJUDGED** on this, the 23rd day of December, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Prepared by:

Stephen R. Graben
Assistant United States Attorney
1575 20th Avenue
Gulfport, Mississippi 39501
(228) 563-1560 (voice)
(228) 563-1571 (facsimile)
stephen.graben@usdoj.gov
Mississippi Bar No. 4931
Attorney for Defendant
United States of America